FILED

JUN 2 3 2017

Clerk, U.S. District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KODY GORDON WINFREY,<br><br>Defendant. | CR 15-104-BLG-SPW<br><br>ORDER TO SEAL RESPONSE TO DEFENDANT'S SENTENCING MEMORANDUM |
|---|---|

Pending before the Court is the Unopposed Motion to Seal United States' Response to Defendant's Sentencing Memorandum (Doc. 52). For good cause being shown,

IT IS HEREBY ORDERED that the motion to file United States' response to defendant's sentencing memorandum under seal is GRANTED.

DATED this 23rd day of June 2017.

SUSAN P. WATTERS
United States District Judge

1